No. 223, Misc. CORONADO v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Cox* for the United States.

No. 225, Misc. CASEY v. NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 229, Misc. GEMMEL v. MICHIGAN. Supreme Court of Michigan. Certiorari denied.

No. 230, Misc. McGANN v. UNITED STATES. C. A. 2d Cir. Certiorari denied. *Edward Q. Carr, Jr.* for petitioner. *Solicitor General Cox* for the United States.

No. 231, Misc. STUMP v. IOWA. Supreme Court of Iowa. Certiorari denied. *James R. McManus* for petitioner. *Evan Hultman,* Attorney General of Iowa, for respondent. 

No. 233, Misc. BERTONE v. NEW JERSEY. Supreme Court of New Jersey. Certiorari denied. 

No. 234, Misc. NAZARIO v. PUERTO RICO. Supreme Court of Puerto Rico. Certiorari denied. *Hector Lugo-Bougal* and *Carlos J. Irizarry-Yunque* for petitioner. *J. B. Fernandez Badillo,* Solicitor General of Puerto Rico, and *Peter Ortiz,* Assistant Solicitor General, for respondent. 

No. 236, Misc. DEININGER v. COMMISSIONER OF INTERNAL REVENUE. C. A. 4th Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Cox, Assistant Attorney General Oberdorfer* and *Robert N. Anderson* for respondent.